# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROLLINGTON FERGUSON,**<br>Plaintiff**,**<br>vs.<br>**CENTERS FOR MEDICARE AND MEDICAID SERVICES,**<br>Defendant**.** | CASE NO. 19-cv-05262-YGR<br><br>**ORDER GRANTING PERMISSION FOR ELECTRONIC FILING**<br><br>Re: Dkt. No. 6 |

Plaintiff Rollington Ferguson, appearing *pro se*, seeks permission of the Court to file electronically. (Dkt. No. 6.) The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is **GRANTED**.

Plaintiff is directed to follow the instructions on the Court's website regarding *pro se* litigants' registration for ECF and PACER. (*See* http://cand.uscourts.gov/ECF/proseregistration.) After registering on ECF and PACER, plaintiff must file a notice of ECF registration that plaintiff has made available an electronic mail address for service of papers electronically filed on the docket. Upon filing of such notice, the Court will designate this action for the ECF program.

Plaintiff must comply with the Federal Rules of Civil Procedure and all general orders and local rules pertaining to electronic filing including General Order 45 which requires in part that parties must provide the judge's chambers with a paper copy of each document that is filed electronically, marked "Chambers Copy." By registering, plaintiff accept responsibility for all technical requirements and computer-related tasks associated with participation in the ECF program.

In light of his *pro se* status, plaintiff may wish to seek assistance from the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will

not be able to represent parties in their cases.  There is no charge for this service.  To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email federalprobonoproject@sfbar.org.  The Help Center's website is available at *https://cand.uscourts.gov/legal-help*.

The District Court has produced a guide for self-represented/*pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial.  It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard copy, free of charge, from the Clerk's Office.

This Order terminates Docket Number 6.

**IT IS SO ORDERED.**

Dated: October 3, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**