UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROLLINGTON FERGUSON**, <br> Plaintiff, <br> v. <br> **CENTERS FOR MEDICARE AND MEDICAID SERVICES**, <br> Defendant. | Case No. 4:19-cv-05262-YGR <br><br> **ORDER CONTINUING COMPLIANCE HEARING AND EXTENDING TIME TO SERVE** <br><br> Re: Dkt. Nos. 24, 25, 26, 27 |

By Order issued April 15, 2020, Plaintiff Rollington Ferguson was directed to file, no later than May 15, 2020, a proof of service of the summons and complaint upon defendant Centers for Medicare and Medicaid Services ("CMMS") in compliance with the Federal Rule of Civil Procedure. (Dkt. No. 24.) The Order stated that the Court was extending "<u>for one final time</u>" the time in which to serve CMMS to May 13, 2020, and warned Ferguson that "<u>[a] failure to do so will result in this case being dismissed without prejudice for failure to prosecute for lack of service under Rule 4(m).</u>" (*Id.* at 2 (emphasis in original).) The Court had previously granted an extension to serve CMMS on February 11, 2020. (*See* Dkt. No. 18.) For the reasons set forth below, the Court finds that service is not yet complete, but, given plaintiff's efforts, one further extension is warranted.

**I.     Relevant Actions**

On May 13, 2020, Ferguson filed an affidavit signed by Asmeret Abreha. (Dkt. No. 25.) Abreha states that Abreha mailed on May 13, 2020 the summons and complaint to both the United States Attorney's Office located in the Northern District of California at 450 Golden Gate Ave., and the United States Department of Justice, located in Washington, D.C. (*Id.*)

On May 14, 2020, Ferguson filed a receipt dated May 13, 2020, along with two certificates of mailing, stamped May 13, 2020. However, the certificates showed articles mailed to (1) the

**Office of the Clerk of the Court** for the United States District Court for the Northern District of California, located at 450 Golden Gate Ave., and (2) to the United States Department of Justice located in Washington, D.C. (Dkt. No. 26 at 1; emphasis supplied.) Ferguson also attached certified mail receipts stamped October 21, 2019, the monetary receipt for the certified mailing, as well as corresponding USPS website pages for each of those tracking numbers. (Dkt. No. 26-1 at 1-4.) The certified mail receipts stamped October 21, 2019 list the following individuals: "AG OFFICE," "Kevin Pear," **"Susan Soong,"** and "HHS – U.S. Dept." (*Id.* at 2; emphasis supplied.)

On May 17, 2020, Ferguson filed a certified mail receipt stamped May 15, 2020, directed to "OAG HHS" in Washington, D.C. (Dkt. No. 27.)

## II.   Problem with Service

Despite Ferguson's efforts above, Ferguson has not properly effectuated service under Federal Rule of Civil Procedure Rule 4. Specifically, Ferguson did not and has not served the United States attorney for the Northern District of California properly.

Federal Rule of Civil Procedure 4(i)(1)(A) requires service either by delivering a copy of the summons and of the complaint to the office, or mailing a copy of the complaint and summons to the civil process clerk.[1] As the Court previously advised:

> In order to serve the United States, a party must do three things:
> (1) (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk or (ii) send a copy of both the summons and complaint by registered or certified mail to the civil process clerk at the United States attorney's office; and
> (2) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
> (3) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Although Abreha states that the summons and complaint were mailed to the United States Attorney's Office for the Northern District of California (Dkt. No. 25), **none** of the proofs of

---

[1] The Court notes that Ferguson was on notice as of October 2019 that he had yet to effectuate service on CMMS due to this deficiency. (*See generally* Dkt. No. 17.)

United States District Court
Northern District of California

1  service filed by Ferguson actually reflect any such service.  Instead, the certificate of mailings that

2  Ferguson filed on the Court's docket demonstrate service on May 13, 2020 as to the Department

3  of Justice in Washington, D.C., *and to Susan Soong, who is the Clerk of the Court* for the

4  Northern District of California, and who happens to be located at the same address as the United

5  States Attorney's Office for the Northern District of California, that is, 450 Golden Gate Ave.  The

6  Court clarifies – to the extent that there is any confusion – that Susan Soong **is not** associated with

7  the United States' Attorney's Office for the Northern District of California; Soong is instead

8  associated with this Court and its staff.  Thus, service on Soong **does not** meet the requirement

9  under Federal Rule of Civil Procedure 4(i)(1)(A).  Accordingly, Ferguson has yet – and is still

10  required – to serve the United States' Attorney's Office for the Northern District of California.

11        In light Ferguson's attempts at service under the Federal Rules of Civil Procedure, and in

12  light of his *pro se* status, the Court **EXTENDS** the time – **for one final time** – in which Ferguson

13  may serve CMMS: plaintiff Rollington Ferguson shall serve CMMS on or before **Friday, June**

14  **26, 2020**.  Such service shall be in compliance with the Federal Rules of Civil Procedure, as

15  discussed above.  **A failure to do so will result in this case being dismissed without prejudice**

16  **for failure to prosecute for lack of service under Rule 4(m)**.

17        Further, the compliance hearing set for May 22, 2020 is **CONTINUED** to the Court's **9:01**

18  **a.m.** calendar on **July 10, 2020**, in Courtroom 1 of the United States Courthouse located at 1301

19  Clay Street in Oakland, California.  At least five (5) business days prior to the date of the

20  compliance hearing, Ferguson shall file proof of service on CMMS and the United States in

21  compliance with Federal Rule of Civil Procedure 4.  To be clear, the Court **DOES NOT** expect the

22  parties to appear on the date of the compliance hearing, but rather, it is scheduled to remind the

23  Court of Ferguson's filing deadline.  If compliance is complete, the compliance hearing will be

24  taken off calendar.  Failure to file the proof of service will result in dismissal of the action without

25  prejudice

26        The Court advises Ferguson that a Handbook for Pro Se Litigants, which contains helpful

27  information about proceeding without an attorney, is available in the Clerk's office or through the

28  Court's website, http://cand.uscourts.gov/pro-se.  Assistance is also available through the Legal

3

Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. In light of the ongoing COVID-19 pandemic, the Help Center is only currently assisting parties via telephone. To make an appointment with the Legal Help Center, you may: (1) call 415-782-8982; or (2) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

Dated: May 21, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**