# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROLLINGTON FERGUSON,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**CENTERS FOR MEDICARE AND MEDICAID SERVICES,**<br><br>Defendant**.** | CASE NO. 4:19-cv-05262-YGR<br><br>**ORDER: (1) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; (2) RESETTING BRIEFING SCHEDULE RE: MOTION TO DISMISS; AND (3) VACATING SEPTEMBER 8, 2020 MOTION HEARING**<br><br>Re: Dkt. Nos. 36, 39 |

The Court has received *pro se* plaintiff Rollington Ferguson's motion for summary judgment (Dkt. No. 39), and Ferguson's opposition to defendant Centers for Medicare and Medicaid Services' ("CMMC") motion to dismiss. (*See* Dkt. Nos. 36 (motion), 37 (opposition).) First, the Court is in the process of addressing CMMC's motion to dismiss, which is set for a motion hearing date on September 8, 2020. At this stage – where CMMC has not yet answered Ferguson's complaint and the Court is considering CMMC's motion to dismiss – Ferguson's motion for summary judgment is premature. Thus, the Court **DENIES WITHOUT PREJUDICE** Ferguson's motion for summary judgment.

Second, Ferguson filed his opposition outside the time permitted by the local rules for oppositions. *See* N.D. Cal. L.R. 7-3(a) ("The opposition must be filed and served not more than 14 days after the motion was filed."). However, in light of Ferguson's *pro se* status, the Court **DEEMS** the opposition timely filed. The Court **RESETS** the briefing schedule on the motion to dismiss: CMMC may file a reply to the opposition **on or before September 8, 2020.**

Finally, in light of the rescheduling of the briefing on the motion to dismiss, the Court **VACATES** the motion hearing set for September 8, 2020. The Court will, if necessary, reset the hearing upon completion of the briefing; if the Court finds that an oral argument is not necessary,

the Court will otherwise issue a decision on the merits without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 728-29 (9th Cir. 1991).

This Order terminates Docket Number 39.

**IT IS SO ORDERED.**

Dated: September 1, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**