**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROLLINGTON FERGUSON**, | Case No.: 4:19-cv-05262-YGR |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **CENTERS FOR MEDICARE AND MEDICAID SERVICES**, | |
| Defendant. | |

The Court having granted defendant Centers for Medicare and Medicaid Services' motion to dismiss and denied plaintiff Rollington Ferguson's motion to alter or amend the judgment, it is **ORDERED, ADJUDGED AND DECREED** that, in compliance with the Court's prior Orders:

This action is **DISMISSED WITH PREJUDICE.**

The Clerk of the Court shall enter this judgment and close this matter.

**IT IS SO ORDERED.**

Dated: December 3, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**